**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X   **Case No.**

JANE DOE,

                Plaintiff,

    - against –

LONG ISLAND MOTORS, INC. and DAVID
DELVECCHIO, *Individually*,

                Defendants.

-----------------------------------------------------------------X

## NOTICE OF MOTION REQUESTING LEAVE FOR PLAINTIFF TO PROCEED PSEUDONYMOUSLY

**PLEASE TAKE NOTICE THAT** upon the annexed Memorandum of Law, Plaintiff will move this Court at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, in front a Judge to be assigned, at a time to be decided, for an Order granting Plaintiff leave to proceed pseudonymously.

Dated: New York, New York
        March 8, 2021

                                              **PHILLIPS & ASSOCIATES,**
                                              **ATTORNEYS AT LAW, PLLC**

                          By:        /s/_____
                                Marjorie Mesidor, Esq.
                                Joseph Myers, Esq.
                                *Attorneys for Plaintiff*
                                585 Stewart Avenue, Suite 410
                                Garden City, New York 11530
                                (212) 248-7431
                                mmesidor@tpglaws.com
                                jmyers@tpglaws.com