UNITED STATES DISTRICT COURT / EASTERN DISTRICT OF NEW YORK Attorney: PHILLIPS & ASSOCIATES PLLC

JANE DOE

Plaintiff(s)

Index # 2:21-CV-01232-GRB-ST

- against -

Purchased March 8, 2021

LONG ISLAND MOTORS, INC., ETANO

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 16, 2021 at 11:28 AM at

720 SUNRISE HIGHWAY
WEST BABYLON, NY 11704

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH CIVIL COVER SHEET, EXHIBIT A on LONG ISLAND MOTORS, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to DAVID DELVECCHIO personally, deponent knew said corporation so served to be the corporation described in said SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH CIVIL COVER SHEET, EXHIBIT A as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 55 | 6' | 220 |

Sworn to me on: March 18, 2021

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in Queens County
Commission Expires April 11, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

**DAVID KLEINBERG**

Invoice #: 760974

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK                     Attorney: PHILIP S & ASSOCIATES PLLC

---

JANE DOE

                                                            Plaintiff(s)

                - against -

Index # 2:21-CV-01232-GRB-ST

LONG ISLAND MOTORS, INC., ETANO

Purchased March 8, 2021

                                                         Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 16, 2021 at 11:28 AM at

C/O LONG ISLAND MOTORS, INC.
720 SUNRISE HIGHWAY
WEST BABYLON, NY 11704

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH CIVIL COVER SHEET, EXHIBIT A on DAVID DELVECCHIO, INDIVIDUALLY therein named.

**INDIVIDUAL**     by delivering a true copy of each to said Defendant personally; deponent knew the person so served to be the person described as the Defendant therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 55 | 6' | 220 |

**MILITARY SERVICE**     Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: March 18, 2021

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | DAVID KLEINBERG |
| No. 01KN6178241 | No. 01MU6238632 | No. 01BR4949206 | |
| Qualified In New York County | Qualified in Queens County | Qualified in Bronx County | |
| Commission Expires November 26, 2023 | Commission Expires April 11, 2023 | Commission Expires April 3, 2023 | Invoice #: 760974 |

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY  10007 - (212) 619-0728   NYCDCA#1102045