UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X   Case No. 21-cv-1232

JANE DOE,

                     Plaintiff,                              **CLERK'S CERTIFICATE OF**
                                                                                  **DEFAULT**

       - against -

LONG ISLAND MOTORS, INC. and DAVID
DELVECCHIO, *Individually*,

                     Defendants.
------------------------------------------------------------------X

      I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that the Summons and Complaint were filed on March 8, 2021, and that service was made on Defendants LONG ISLAND MOTORS, INC. and DAVID DELVECCHIO, on March 16, 2021.

      Defendants LONG ISLAND MOTORS, INC. and DAVID DELVECCHIO have not filed an Answer or otherwise moved with respect to the Complaint herein. The default of Defendants LONG ISLAND MOTORS, INC. and DAVID DELVECCHIO is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       June 30    , 2021

                                                    DOUGLAS C. PALMER, Clerk of Court

                                                    By:   /s/ James J. Toritto
                                                             Deputy Clerk