**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

JANE DOE

                            Plaintiffs,

    -against-

LONG ISLAND MOTORS, INC., and DAVID DELVECCHIO, *individually*,

                            Defendants.

---------------------------------------------------------------------X

Docket No. 21-cv-1232 (GRB)(SLT)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the annexed declarations of Plaintiff and Joshua Friedman, Esq., the memorandum of law annexed hereto, accompanying exhibits, and all prior papers and proceedings in this action, Plaintiff Jane Doe will move this Court, located at 100 Federal Plaza, Court Room 840, Central Islip, NY 11722 on a date and time to be determined by the Court, for an Order pursuant to Rule 55 of the Federal Rules of Civil Procedure, granting Plaintiff's motion for default judgment, and granting such other and further relief, including damages, costs, and attorney's fees, as this Court deems proper.

Dated: Garden City, New York
       October 25, 2021

                                          Respectfully Submitted,

                                          /s/ Joshua Friedman
                                          **Joshua Friedman, Esq.**
                                          Phillips & Associates, PLLC
                                          585 Stewart Avenue, Suite 410
                                          Garden City, NY 11530
                                          (212) 248-7431
                                          jfriedman@tpglaws.com