UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK        Attorney: PHILLIPS & ASSOCIATES PLLC

JANE DOE

                                                                        Plaintiff(s)
                                                                        Index # 2:21-CV-01232-GRB-ST
- against -
                                                                        Court Date November 29, 2021

LONG ISLAND MOTORS, INC., ETANO

                                                                        Defendant(s)

                                                                        **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 1, 2021 at 11:39 AM at

C/O LONG ISLAND MOTORS, INC
720 SUNRISE HIGHWAY
WEST BABYLON, NY 11704

deponent served the within ORDER TO SHOW CAUSE, NOTICE OF MOTION FOR DEFAULT JUDGMENT, MEMORANDUM OF LAW IN SUPPORT, AFFIDAVIT IN SUPPORT OF MOTION, * on DAVID DELVECCHIO therein named.

**INDIVIDUAL**  by delivering a true copy of each to said Respondent personally; deponent knew the person so served to be the person described as the Respondent therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 60 | 6' | 230 |

* PROPOSED ORDER TO DEFAULT JUDGMENT, NOTICE OF ELECTRONIC FILING

Sworn to me on:  November 2, 2021

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | BRUCE KUSTKA |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01KN6178241 | No. 01MU6238632 | No. 01BR4949206 | |
| Qualified In New York County | Qualified in Queens County | Qualified in Bronx County | |
| Commission Expires November 26, 2023 | Commission Expires April 11,2023 | Commission Expires April 3, 2023 | Invoice #: 773838 |

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY  10007 - (212) 619-0728   NYCDCA#1102045

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK      Attorney: PHILLIPS & ASSOCIATES PLLC

JANE DOE

                                          Plaintiff(s)

      - against -

Index # 2:21-CV-01232-GRB-ST
Court Date November 29, 2021

LONG ISLAND MOTORS, INC., ETANO

                                        Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 1, 2021 at 11:39 AM at

720 SUNRISE HIGHWAY
WEST BABYLON, NY 11704

deponent served the within ORDER TO SHOW CAUSE, NOTICE OF MOTION FOR DEFAULT JUDGMENT, MEMORANDUM OF LAW IN SUPPORT, AFFIDAVIT IN SUPPORT OF MOTION, * on LONG ISLAND MOTORS, INC. therein named,

**CORPORATION**   a DOMESTIC corporation by delivering thereat a true copy of each to DAVID DELVECCHIO personally, deponent knew said corporation so served to be the corporation described in said ORDER TO SHOW CAUSE, NOTICE OF MOTION FOR DEFAULT JUDGMENT, MEMORANDUM OF LAW IN SUPPORT, AFFIDAVIT IN SUPPORT OF MOTION, * as said Respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 60 | 6' | 230 |

* PROPOSED ORDER TO DEFAULT JUDGMENT, NOTICE OF ELECTRONIC FILING

Sworn to me on: November 2, 2021

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | **BRUCE KUSTKA** |
| No. 01KN6178241 | No. 01MU6238632 | No. 01BR4949206 | |
| Qualified In New York County | Qualified in Queens County | Qualified in Bronx County | |
| Commission Expires November 26, 2023 | Commission Expires April 11, 2023 | Commission Expires April 3, 2023 | Invoice #: 773838 |

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY  10007 - (212) 619-0728   NYCDCA#1102045