**PHILLIPS & ASSOCIATES**

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107

December 7, 2021

**VIA ECF**
Hon. Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:  **Jane Doe v. Long Island Motors and David Delvecchio**
            **Dkt. No. 21-cv-1232 (GRB)(ST)**

Your Honor:

      This office represents Plaintiff, Jane Doe, in the above-referenced action. Plaintiff writes to respectfully request the Court grant Plaintiff's motion for Default Judgement in its entirety as Defendants have failed to timely submit any opposition.

      On October 26, 2021, Plaintiff filed a motion for Default Judgment (Dkt. Nos. 12-15). On November 1, 2021, Plaintiff properly served the default motion on Defendant (Dkt. No. 16). Defendant's date to respond was due on or before November 29, 2021. Defendants date to respond has now passed without Defendants submitting an opposition.

      Accordingly, Plaintiff respectfully requests the Court grant Plaintiff's motion for Default Judgement in its entirety.

      Plaintiff thanks the Court for its time and consideration of the herein request.

                                      Respectfully submitted,

                                      _____/s/_____
                                      Joshua M. Friedman, Esq.

To:    All counsel of record (Via ECF)