**PHILLIPS & ASSOCIATES**

*Attorneys at Law*
45 Broadway, Suite 430, New York, New York 10006
Tel: (212) 248-7431 Fax: (212) 901-2107

December 22, 2021

**VIA ECF**
Hon. Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:  **Jane Doe v. Long Island Motors and David Delvecchio**
           **Dkt. No. 21-cv-1232 (GRB)(ST)**

Your Honor:

    This office represents Plaintiff, Jane Doe, in the above-referenced action. Plaintiff writes per the Court's Order at Dkt. No. 18 to respectfully request the Court hold an inquest to determine emotional distress damages and punitive damages.

    Plaintiff thanks the Court for its time and consideration of the herein request.

                                                       Respectfully submitted,

                                                         /s/
                                                  Joshua M. Friedman, Esq.

To:    All counsel of record (Via ECF)