# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | January 11, 2022 |
| **TIME:** | 2:00 P.M. |
| **DOCKET NUMBER(S):** | CV-21-1232 (GRB) |
| **NAME OF CASE(S):** | **DOE V LONG ISLAND MOTORS, INC., ET AL.,** |
| **FOR PLAINTIFF(S):** | Friedman, Myers, Mesidor |
| **FOR DEFENDANT(S):** | Did not appear |
| **NEXT CONFERENCE(S):** | **FEBRUARY 23, 2022 AT 2:00 P.M. IN-PERSON** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM TELEPHONE CONFERENCE:**

The Court will hold an in-person damages inquest hearing on February 23, 2022 at 2:00 p.m. in Courtroom 910. Plaintiff shall file a letter identifying the witnesses and a general description of the expected testimony by February 21, 2022.