# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | February 23, 2022 |
| **TIME:** | 2:00 P.M. |
| **DOCKET NUMBER(S):** | CV-21-1232 (GRB) |
| **NAME OF CASE(S):** | **DOE V. LONG ISLAND MOTORS, INC. ET AL** |
| **FOR PLAINTIFF(S):** | Friedman |
| **FOR DEFENDANT(S):** | Did not appear |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | FTR 2:10 - 3:45 |

## RULINGS FROM DAMAGES INQUEST:

Court held damages inquest. Two witnesses sworn and testified. Plaintiff will submit supplemental letter brief by March 4, 2022.