FILED
CLERK

3/28/2022 2:10 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
JANE DOE,                      *     Case No. 21-CV-01232(GRB)
                               *
            Plaintiff,         *     Long Island Federal
                               *       Courthouse
                               *     100 Federal Plaza
       v.                      *     Central Islip, NY  11222
                               *
LONG ISLAND MOTORS, INC.,      *     February 23, 2022
   et al.,                     *
                               *
            Defendants.        *
                               *
  *   *   *   *   *   *   *   *   *   *   *   *   *   *
```

TRANSCRIPT OF CIVIL CAUSE FOR
DAMAGES INQUEST HEARING
BEFORE THE HONORABLE STEVEN L. TISCIONE
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:               JOSHUA M. FRIEDMAN, ESQ.
                                 Phillips & Associates
                                 585 Stewart Avenue, Ste 410
                                 Garden City, NY  11530

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

**Fiore Reporting and Transcription Service, Inc.**
**4 Research Drive, Suite 402**
**Shelton, Connecticut 06484 (203)929-9992**

<u>INDEX</u>

WITNESSES
FOR THE          Direct     Cross
<u>PLAINTIFF</u>:

Jane Doe                3

Jane Doe's Mother   51

3

1          (Proceedings commenced at 2:10 p.m.)

2                    THE COURT:  Good afternoon.

3                    MR. FRIEDMAN:  Good afternoon, Your Honor.

4                    THE CLERK:  Court is now in session.  The Honorable

5      Steven Tiscione presiding.

6                    Civil cause for damages, Doe vs. Long Island

7      Motors, Incorporated, et al, Docket No. 21-CV-1232.  Counsel,

8      please state your appearances for the record beginning with

9      the plaintiff.

10                   MR. FRIEDMAN:  Good afternoon, Your Honor.  Joshua

11     Friedman from Phillips & Associates on behalf of the

12     plaintiff, Ms. Doe.

13                   THE COURT:  All right.  Good afternoon.  You can be

14     seated.

15                   The defendant did not appear.

16                   All right.  So this is on for a damages inquest.

17     Obviously, I've reviewed all the paperwork.  So I assume that

18     we have at least one live witness for today's proceeding.

19                   How many witnesses do you plan on calling?

20                   MR. FRIEDMAN:  Two, Your Honor.  Ms. Doe, and then

21     her mom as an emotional distress damages witness.

22                   THE COURT:  Okay.  You can call your first witness.

23                   MR. FRIEDMAN:  Plaintiff calls Ms. Doe, plaintiff,

24     to the stand.

25                   THE COURT:  Okay.

4

1          (The witness is sworn)

2

3          MR. FRIEDMAN:  Your Honor, I just had one

4     housekeeping matter before I begin.

5          THE COURT:  Sure.

6          MR. FRIEDMAN:  We have her, plaintiff's, W-2s for

7     every place that she worked subsequent to the termination.

8          THE COURT:  Okay.

9          MR. FRIEDMAN:  Do you want me to admit each of

10    those one by one?  Can we authenticate them all together?

11         THE COURT:  You could do it all together.  It would

12    just make it easier.

13         MR. FRIEDMAN:  Great.  Okay.

14                          JANE DOE

15                       DIRECT EXAMINATION

16    BY MR. FRIEDMAN:

17    Q    Ms. Doe, are you ready to begin?

18    A    Yes.

19    Q    Okay.  And before we talk about Long Island Motors, can

20    you just briefly tell the judge about your educational

21    background.

22    A    Yes.  I have a bachelor's in science, security systems.

23    I was also an athlete playing basketball.

24    Q    And when you said basketball, did you play basketball in

25    college?

5

1    A    Yes.  I played basketball junior high school, high

2    school and college.  I thought I was going to be in the WNBA,

3    but I tore my meniscus.

4              THE COURT:  Where did you go to college?

5              THE WITNESS:  In college.  Oh, sorry.  Farmingdale

6    State University.  But it didn't stop me from playing

7    basketball.  I kept playing.

8    BY MR. FRIEDMAN:

9    Q    And after you graduated from Farmingdale State, did you

10   work at any non-profit or volunteer -- or do any volunteer

11   work?

12   A    Yes.  I actually worked for a non-profit organization

13   called Children International.  I did that for two years.  I

14   saved over 4,000 children in third-world countries.

15   Q    And for Children International, what kind of work did

16   you do for them?  What were some of your duties and

17   responsibilities?

18   A    I was actually in all boroughs talking to strangers and

19   just letting them know, getting a child sponsor to help these

20   children get the five human resources which was school, food,

21   clothing, medical care.

22   Q    And did you do any volunteer work in college or after

23   that?

24   A    Yes.  Every year I would feed the homeless at certain

25   shelters.

6

1    Q    Okay.  And was that part of a basketball program or

2    something else?

3    A    I actually volunteered.

4    Q    Okay.  And so I would like to direct your attention to

5    your employment with Long Island Motors and David Delvecchio.

6    At some point did you apply for a position at Long Island

7    Motors?

8    A    Yes.

9    Q    Okay.  And after you submitted that application, did

10   someone from the dealership contact you?

11   A    Yes.

12   Q    Okay.  Who was that?

13   A    David.

14   Q    And by David, do you mean the defendant, David

15   Delvecchio?

16   A    Yes.

17   Q    And what did David say to you?

18   A    David asked was I looking for a job?  They received my

19   resume.  And I told him, yes.  And he actually told me he

20   tried to reach out to me a couple of hours earlier, and I

21   missed his call, and told me I could come in for my interview

22   and do an application.

23   Q    Okay.  And did you do that?  Did you go in for an

24   interview?

25   A    Yes.

7

1   Q    Okay.  And who did you interview with at Long Island

2   Motors?

3   A    David.

4   Q    And that's the defendant, David Delvecchio?

5   A    Yes.

6   Q    Okay.  And the interview, where at the facility or the

7   building did it take place?

8   A    In his office.

9   Q    Okay.  And can you describe the interview?  What

10  happened during the interview?

11  A    Once I came in, David saw me.  He told me I was

12  beautiful.  And I told him my name is Coress.  I told him

13  thank you.

14       And I was still standing up and my purse had my shirt up

15  a little bit and right then and there David took -- asked me

16  if I had any tattoos.  And I looked down.  I told him, yes,

17  smiling.  And I just put my shirt down and I had a seat.

18  Q    Okay.  You mentioned that David said that you were

19  beautiful during the interview?

20  A    Yes.

21  Q    What was your response when he said that to you?

22  A    I told him thank you.

23  Q    Okay.  And why did you say that?

24  A    I didn't look at it too much then.  He just -- I thought

25  it was just a compliment he was giving me.  And actually I

8

1    was just there for a job.  I didn't feel the need to say

2    anything else after that.  I figured a simple thank you would

3    get my day going.

4    Q    How did you feel internally when he said this to you?

5    A    I raised my eyebrows a little bit.  It was my first time

6    meeting him.  But at the same time I needed a job. I didn't

7    put too much thought into it then.

8    Q    When you say that you needed a job, when was the last

9    time you had had a job before working at Long Island Motors?

10   A    In 2019, October 4th, I had a big car accident.  It

11   caused me to also get a knee replacement.  So I was out of

12   work from October all the way up to May.  No one would hire

13   me in that type of condition.

14   Q    Okay.  So how many months was that approximately?

15   A    Seven months.

16   Q    Okay.  And you mentioned that David made a comment about

17   your tattoos, is that correct?

18   A    Yes.

19   Q    And what did he say about your -- the tattoos on your

20   body?

21   A    He actually asked if I had other more -- other tattoos

22   elsewhere.  And I told him, yes, I did have other tattoos.

23   And he kind of wanted me to point them out.  I brushed it

24   off.  You know.  I just said I had a couple.

25   Q    And how did that make you feel when he asked to see your

1    other tattoos?

2    A    Uncomfortable.

3    Q    Okay.

4    A    I started to feel uncomfortable.

5    Q    And were you offered a job at Long Island Motors?

6    A    Yes.

7    Q    When was that job offer extended to you?

8    A    The same day.

9    Q    Okay.  Was it extended to you during the interview,

10   later in the day, or something else?

11   A    It was extended the same day, and I actually went in two

12   days after my interview.

13   Q    Okay.  And even though David had made these comments to

14   you during your interview, why did you accept the job there?

15   A    I'd been looking for work for seven months.  I'm a

16   single mom.  I have a son I'd been taking care of by myself

17   with the help of my mom and I needed to provide.  And it was

18   COVID.  No one was really open but dealerships.

19        I actually live almost an hour and a half away from this

20   dealership and I just felt like I just needed to work so I

21   could take care of me and my son.

22   Q    At the time you went on the interview at Long Island

23   Motors how old was your son?

24   A    Seven.

25   Q    And who provides for him financially?  Or who at that

10

```
 1    time provided for him financially?

 2    A    My mom.

 3    Q    Anybody else besides your mom?

 4    A    No.

 5    Q    Okay.  And was your goal to provide for your son

 6    financially?

 7    A    Yes.

 8    Q    Okay.  And so did you accept the job offer to begin

 9    working at Long Island Motors?

10    A    Yes.

11    Q    Okay.  And what position were you hired for?

12    A    Sales consultant.

13    Q    Okay.  And is that someone who does car sales?

14    A    Yes.

15    Q    Okay.  And what were your -- supposed to be your duties

16    and responsibilities as a car sales associate?

17    A    Greet new customers.  Get online.  Puts some ads on my

18    Facebook or Instagram or any type of social media if we have.

19    And I'll take leads that were given from our receptionist to

20    give a call out to any previous customers, past customers or

21    present customers.

22    Q    And if a customer came to the lot looking for a car,

23    would it have been your duties and responsibilities to assist

24    that customer?

25    A    Yes.
```

11

1   Q   Okay.  What was your compensation as a sales associate

2   at the time that Long Island Motors hired you?

3   A   $200 a week plus commission.

4   Q   And what was the commission structure?

5   A   It varied from used cars and new cars, but I can say

6   with me being there I was seeing if I averaged out 530 a

7   week.

8   Q   Okay.  Upon your hire were you given any company

9   policies or procedures?

10  A   Yes.  With our pay plan we got a packet.  It talks about

11  being on time, compensation, sexual harassment.

12  Q   And what was your understanding of the company's sexual

13  harassment policy?

14  A   That's a criminal charge.  It shouldn't be going on.  It

15  shouldn't happen.

16  Q   Was it prohibited by the sexual harassment -- prohibited

17  by the policy of Long Island Motors?

18  A   Yes.

19  Q   And at some point, did you begin actually working for

20  Long Island Motors?

21  A   I did.

22  Q   Okay.  And at some point during your first week or two

23  of working at Long Island Motors, did you ever have occasion

24  to go into David Delvecchio's office for the first time?

25  A   Yes.

1    Q    Can you describe for the Court the first time you went

2    into David Delvecchio's office.

3    A    My first week there, I was ready to work.  It's my first

4    time ever selling cars ever so it was more of a challenge for

5    me.  I was excited.  David would see me and tell me I'm very

6    beautiful.

7         And one thing -- a couple of days in the week he

8    actually made a few comments saying that we could go on

9    dates.  And he actually told me that he will -- if I gave him

10   a chance to go down on me it would be a good moment for me.

11   Q    Okay.  So I'd like to break that down a little further.

12   The comments he made about your appearance, I believe you

13   testified he said that you were beautiful?

14   A    Yes.

15   Q    How many times did he say that to you when you started

16   working there?

17   A    I was there for a month.  My first three -- three times

18   a week.

19   Q    And what was your response to him when he would tell you

20   -- say that you were beautiful?

21   A    When he was telling me this in the beginning, I would

22   smile.  I would tell him thank you.  I just -- whatever I had

23   to say to just get him away from me.

24        But then after a while, it started taking a toll on

25   me and I started being standoffish.  I would ignore him.  I

1    would act like I didn't hear anything about being beautiful,

2    because what was sitting now on my head is that him going

3    down on me and I started feeling very uncomfortable.

4    Q    And when he said that he wanted to go down on you, what

5    did you understand that he was asking?  What does that mean?

6    A    He would perform oral sex on me.

7    Q    And what was your response to him when he said this to

8    you?

9    A    I acted like I didn't hear him, and I like smiled it

10   off, and I didn't have no comment to that.

11   Q    Okay.  How did that make you feel internally when he

12   said this to you?

13   A    Disgusted.

14   Q    Why?

15   A    Because I came there to work.  And it's just I felt like

16   my -- I was being violated as a woman.

17   Q    Did it make you feel anything else?

18   A    It made me feel very uncomfortable.

19   Q    Okay.  Are you --

20   A    Sick.

21   Q    Are you okay?  Okay.  Continue.  Continue.

22   A    I felt sick.  I started feeling sick internally,

23   mentally.

24   Q    And you mentioned that he had also asked you on -- to go

25   out on dates?

14

1    A    Yes.

2    Q    How many times did he do that in the time that you

3    worked there?

4    A    At least three times a week enforcing a date, going out.

5    And he was aware that I did music.  He was telling me that he

6    knew people in the music industry who he sold Cadillacs to,

7    and I just -- would just listen, but at the same time I would

8    not react to it.

9    Q    Okay.  And the first time he asked you on a date, what

10   was your response to that?

11   A    I actually just told him I was just here to work.  I

12   just want to work and take care of my son.

13   Q    Did he stop asking you on dates or did that continue?

14   A    That continued.

15   Q    And that continued after you rejected his first offer,

16   his first advance?

17   A    Yes.

18   Q    Okay.  And you mentioned that you eventually became

19   standoffish to him.  I think that's the word you used.  Is

20   that correct?

21   A    Yes.

22   Q    Okay.  Were you initially standoffish or did you become

23   standoffish as this continued?

24   A    I became standoffish as it continued.

25   Q    How did your demeanor towards him change from how it was

1   before you became standoffish to when you became standoffish?

2   A     My demeanor changed.  I actually saw that I didn't want

3   to eat and I started not wanting to smile.  I started

4   ignoring him, giving him short answers.  I wouldn't answer

5   him sometimes.  It started becoming very overwhelming for me.

6   Q     And when he would say all of this to you, all meaning

7   when you testified that he would say that you were beautiful

8   and he would ask you out on dates even after you said no, and

9   that he even propositioned you for oral sex, can you describe

10   for the judge again how you -- or how you were feeling

11   internally?  How this was affecting your mental and physical

12   health?

13   A     I have bad asthma.  My anxiety was going up.  I'm sorry.

14   Q     Take your time.

15   A     I started getting emotional.

16   Q     Okay.  Do you want to continue?

17   A     (No audible response.)

18   Q     All right.  So I want to direct your attention to the

19   computer in David's office.

20   A     Okay.

21   Q     At the start of your employment, did you observe the

22   computer in his office?

23   A     Yes.  He was talking to me and I was standing up and I

24   looked over and I noticed he had a camera that was facing my

25   desk, also the whole office space, and the back lot where we

16

1      -- the lot where we kept the cars at.

2      Q    Okay.  So you were able to see on his computer that he

3      had video surveillance of the dealership lot?

4      A    Yes.

5      Q    Okay.  And how many cameras could you see on his

6      computer screen?

7      A    I saw three.

8      Q    Okay.  And you said one was facing where?

9      A    The parking lot where the cars were.

10     Q    Okay.  And that one for a second, was that one that was

11     facing the lot, was that focused on any particular employee?

12     A    No.

13     Q    Okay.  And you mentioned that there was a second camera

14     that was I believe -- where was the second camera?

15     A     It was actually for the office.  So when you -- so what

16     I could see is that he could see the whole office of all the

17     sales employees.

18     Q    Okay.  And was that second camera, was that focused on

19     any one person in particular?

20     A    No.

21     Q    Okay.  Was it zoomed in or was it zoomed out or

22     something else?

23     A    Zoomed out.

24     Q    And you said there was a third one, right?

25     A    Yes.

17

1   Q    And can you describe for the judge what you saw on that

2   one?

3   A    That camera was actually facing my desk, zoomed in.

4   Q    Okay.  And could it see anything else besides your desk?

5   A    No.  Just my desk or anything behind me.

6   Q    Okay.  And after you noticed the cameras in his office,

7   what did you do?

8   A    I actually ended up putting on a hat the next day.

9   Q    And why did you do that?

10  A    I was trying to just hide myself from the camera.  I

11  didn't want to be seen.  I didn't want to even feel that he

12  could see me.  I just wanted to see if I could, you know,

13  feel comfortable and just work.

14  Q    And how did you feel internally when you noticed that

15  there was a camera on your desk?

16  A    I felt very uncomfortable.  I was feeling sick.  I was

17  confused.  My anxiety was going a mile a minute.

18  Q    Okay.  And what happened next with respect to the hat

19  you were wearing?

20  A    David must have saw that and had Gemma, the

21  receptionist, pull me outside to tell me I had to take my hat

22  off.

23  Q    So Gemma was another employee at the dealership?

24  A    Yes.

25  Q    And she told you to take the hat off?

18

1    A    Yes.

2    Q    Okay.  And did you do that?

3    A    Yes.

4    Q    Okay.  And at some point, was your desk moved?

5    A    Yes.  I actually -- David told me to move my desk and

6    the desk was on the side of his office.

7    Q    Okay.  So where was your desk originally?

8    A    My desk originally was where my mom would be.

9    Q    Okay.  Is that in the front of the building, the middle,

10   the back, somewhere else?

11   A    The back.

12   Q    Okay.  And where was it moved to?

13   A    In the front on the side of David's office.

14   Q    Okay.  Your original desk, how many work spaces were

15   between your desk and his desk originally?

16   A    My original desk would be -- where the podium line

17   before you enter out, that would be my desk here.  And

18   David's desk would be here in side the office.

19   Q    And where did he move your desk to?

20   A    To like the side of the wall here.  And the desk came

21   out.  So I'm facing how you're facing and David's facing this

22   way so he could see me directly out of the office.

23   Q    Was your work station adjacent to his office or

24   something else?

25   A    Yes.  Adjacent to his office.

19

1    Q    Okay.  And when you're sitting at your work desk and

2    you're looking at his office, what can you see?

3    A    I could see David.

4    Q    And were you given a reason why your desk was moved?

5    A    David told me he wanted to train me.

6    Q    And who actually trained you?

7    A    Joanne.

8    Q    Okay.  Did David train you?

9    A    No.

10   Q    How did it make you feel when David told you he was

11   moving -- he was moving your desk to train you?

12   A    It made me feel -- I was upset.  I was getting more

13   uncomfortable.  It just felt like he just wanted to have me

14   there so he could just watch me.

15   Q    How you doing?

16   A    I'm doing fine.  A lot of anxiety just start going,

17   going.

18   Q    Do you want to take a break or do you want to continue?

19   A    I want to continue.

20   Q    All right.  I want to direct your attention to around

21   your first or second week of employment.  Did you ever assist

22   one of David's friends with a potential car sale?

23   A    Yes.

24   Q    Can you describe -- and how did you -- and how did you

25   know that it was one of David's friends?

1    A    This particular day, David told me he had a friend of

2    the family who needed a car and he gave me that customer.

3    And his exact words were I have a friend of the family coming

4    here and don't fuck it up.

5    Q    And did David say anything about this friend's physical

6    appearance?

7    A    David told me she was a beautiful woman, to be African-

8    American and he thought she was hot.

9    Q    And did you observe how David interacted with this

10   family friend and potential customer?

11   A    Very flirtatious.  You know.  You know, just telling her

12   she was beautiful and she looks very nice in her attire which

13   she had on.

14   Q    And did you mention this interaction that David had had

15   with this family friend and potential customer, did you

16   mention that to any other co-workers?

17   A    I actually mentioned this to Joanne.

18   Q    And who's Joanne?

19   A    She was my finance manager.

20   Q    Okay.  And so Joanne was one of -- a supervisor to you?

21   She was above you?

22   A    Yes.  And we were two years apart.  Yes.

23   Q    Okay.  And what was Joanne's response after you told her

24   this?

25   A    Joanne laughed and said I knew David liked the black

1    girls.

2    Q    I'm sorry?  What was that?

3    A    Joanne laughed and said I knew David like the black

4    girls.

5    Q    Did Joanne, to your knowledge, tell David to stop

6    speaking about customers like that to you?

7    A    No.

8    Q    And what was your response after Joanne, the finance

9    supervisor, said this to you?

10   A    I really didn't say much to Joanne about that.  I

11   actually just told Joanne, you know, just keep an eye on him.

12   Q    And what did you mean by that?

13   A    She responded, you know, I got your back.  But I just

14   told her, you know, David's been a little on me a bit, a

15   little more aggressive, and I need you to just keep your eye

16   out, and she said, okay.

17   Q    She said she would?

18   A    She said she would.

19   Q    Okay.  And after that, did you move your desk?  After

20   your conversation with Joanne, did you move your desk again?

21   A    Yes.

22   Q    Where did you move it to?

23   A    Back to the back.

24   Q    Why did you do that?

25   A    Evan came.  An employee came.  And I just actually took

1   the opportunity to get away from having David being able to

2   see me.  And the guy thankfully just said, yes, he'll take

3   his desk back, and I just went to the back.

4   Q    Okay.  So I want to direct your attention to some of the

5   interactions you had with David on a daily basis.  And we

6   just talked about a few of them a moment ago where you were

7   talking about some of the comments he made to you about your

8   appearance and your body and asking you out, where would he

9   say these things to you?

10  A    In his office.

11  Q    Okay.  Was anyone else present?

12  A    No.

13  Q    Okay.  And how was it that you would end up in his

14  office?

15  A    When I started becoming standoffish, David had me doing

16  porter work.  Porter work is we take the car and give it an

17  inspection, get wheels changed if needed, tuneups.  And also

18  now I had to report to David because he's -- you know, I have

19  to give him back any type of receipts.

20           And it was actually I started feeling it was a way

21  for me to be more near him because I was a sales consultant,

22  but I ended up doing porter work.

23  Q    And that was going to be my next question.  What's the

24  difference between a porter and a sales associate?

25  A    A sales associate, we get our leads.  We put our ads up,

1   use our website on social media.  Porter work does not reach

2   to any customers.  You just take the cars to any place that

3   does tuneups, inspections, and they have to report to the

4   owner or the boss of the store because the boss needs to know

5   what's going on with the vehicle.

6   Q    And that was going to be my next question.  Who's the

7   supervisor for the porters?

8   A    David.

9   Q    Okay.  And was the porter work, or the porter job, was

10  that within the duties and responsibilities of a sales

11  associate, the position you were hired for?

12  A    No.

13  Q    Okay.  So the comments that you testified about that

14  David would make to you when you were in his office and he

15  was giving you porter duties, and the other things he said,

16  did you tell any other co-workers about what David was doing?

17  A    Yes.

18  Q    Who?  Who was that?

19  A    Gemma, the receptionist.

20  Q    And can you tell the Court what happened when you spoke

21  to Gemma?

22  A    I spoke to Gemma, just telling her I'm going to get a

23  new job.  I'm not comfortable there.  And David is asking to

24  go on dates with him.  And Gemma told me that's just how he

25  is.  He's nice that way.  And I told her I'm not too happy

1    there.  I don't know him as you guys know him, but I'm going

2    to look for another job.  And Gemma told me just to hang in

3    there.

4    Q    Okay.  And did you do that?  Did you go look for another

5    job?

6    A    I did actually.  I went to an interview that Monday.

7    And while I'm being interviewed, David calls to see that I'm

8    not at the job and asked me what was going on?  And I told

9    him I was looking for another job and I wasn't happy.

10   Q    Okay.  And you mentioned that you were looking for

11   another job on Monday.  Do you remember when that

12   conversation you had with Gemma when that was?

13   A    Sure.  Saturday.

14   Q    Okay.  And you mentioned that when you were going on

15   this other job interview David called you?

16   A    Yes.  David called me and asked me why I wasn't there?

17   I told him I wasn't happy.  And he told -- he actually said

18   he was sorry that him and Joanne was mistreating me poorly

19   and that I am a great worker.  Everything's going to change.

20   Come back and I would have no more problems or worries

21   working there.

22   Q    That other job interview, did you still go on the

23   interview?

24   A    I did complete my interview.  The other job wasn't

25   hiring until a week or two, and I ended up going back to Long

25

1    Island Motors that same day.

2    Q    Okay.  So that's what I was going to ask you.

3    A    Sorry.

4    Q    Were you offered a job from this other interview the day

5    you went on the interview?

6    A    They actually told me just give them a week or two, and

7    I went back to Long Island Motors.

8    Q    Okay.  And you said -- when did you go back to Long

9    Island Motors?

10   A    The same day of the interview on Monday.

11   Q    Okay.  And when you went back to Long Island Motors

12   later that same day, did you speak with Gemma at all?

13   A    I did speak to Gemma.  She was asking me where was I?

14   And I told her I'm not happy here.  David's just been coming

15   on to me and is making me feel uncomfortable.  And shortly

16   after Gemma says in the whole office building why don't you

17   just tell everybody that -- what you're telling me that

18   David's trying to hit on you?

19   Q    Okay.  And you mentioned the office building.  What was

20   the building?  Was it a big office like this courthouse?  Was

21   it something else?

22   A    It's like a trailer, and it's just cut with -- David

23   only has one office, you have one in the back, and then all

24   the sales people have a little space of six desks there.

25   Q    Okay.  So it's a portable trailer next to the car lot?

1    A    Yes.

2    Q    Okay.

3    A    Yes.

4    Q    And you said that Gemma had told other workers what you

5    said to her about David?

6    A    She actually said that out loud, and David heard as

7    well.

8    Q    And what did David do after Gemma said this?

9    A    David came out of his office.  And when he came out, I

10   looked at Gemma and said why would you do that?  And she kind

11   of just shrugged.  And David said everybody just get back to

12   work.

13   Q    And did you do that?  Did you get back to work?

14   A    Yes.

15   Q    Okay.  And after getting back to work, did you have an

16   interaction with David later?

17   A    Yes.

18   Q    Okay.  And what were you doing immediately prior to

19   interacting with David again?

20   A    I was putting my vehicle back.  Certain cars on the lot

21   have to get put back at a certain parking spot and that's

22   what I was doing.

23   Q    Okay.  And then is -- was that the first thing you were

24   doing, the last thing you were doing, or something else for

25   your daily tasks?

27

1    A     That would be the last thing I'd do.

2    Q     Okay.  And so after you parked the -- put the cars back,

3    your plan was to go home or something else?

4    A     Yes.  The day was over.  I was going home.

5    Q     Okay.  And did you walk back into the office at some

6    point?

7    A     So I walked back inside the trailer.  And as I was

8    passing David's office, he called me inside his office.

9    Q     Was anybody else in the trailer, in the office?

10   A     No.

11   Q     And what happened next after David called you into his

12   office?

13   A     He called me into his office.  I was standing there.

14   And he actually asked me so what is this you're telling

15   everybody I like you?  And I told him, yes.  But then he goes

16   and says, well, you don't like me?  And I told him, yes, I

17   think you're a nice person.  And he told me to have a seat.

18   Q     And what else did you say to David?

19   A     I told David, you know, I'm just here just to work and

20   to just take care of my kid.  But as I was saying that, David

21   ends up saying why don't I show him how much I like him.

22   Q     And when David was saying this, could you observe how

23   his body, or could you -- what could you observe about him?

24   A     He was across from me.  I noticed he was leaning back

25   and his arms were -- his hands and wrists were fumbling in

```
 1     the middle of his body, and I was sitting across from him.
 2     Q    And at that moment, could you see what he was doing
 3     behind the desk?
 4     A    No.
 5     Q    Okay.  At some point, did that change?
 6     A    Yes.
 7     Q    Okay.  What happened next?
 8     A    David said why don't I come over there and show him how
 9     much I like him.  I actually got up to come over there.  But
10     when I got there, it was to tell him not to have to go down
11     this -- you know, this shouldn't be happening -- because
12     David had his penis out already.
13     Q    And you could see that?
14     A    I could see that, and his genitals.
15     Q    And what was he doing?
16     A    Rubbing on himself, jerking it back and forth.  And I
17     put my hand out towards him like stop, please.  You know,
18     this does not have to happen.  And he puts my hand on his
19     penis.  Right then and there I closed my eyes and said this
20     doesn't have to happen.  I'm not going to have sex with you.
21     He put his hands in my rectum.  I'm sorry.
22     Q    You're okay.  I was just going to ask you a follow-up
23     question.  You said that you initially gestured him.
24     A    Yes.
25     Q    Can you demonstrate how when you first saw his exposed
```

29

1    genitals?

2    A    So when I saw them I was telling him how this doesn't

3    have to happen.  I was just telling him like -- give him --

4    like put it away gesture.  But while I'm doing this he

5    grabbed my arm and placed it on top of his hand.

6    Q    And what did he do with your arm?

7    A    He grabbed my arm and put my hand on top like with his

8    hand, and that mean like, you know, rubbing.  And at the same

9    time that that was happening, I'm telling him this doesn't

10   have to happen.  And I actually told him I was on my period.

11   Q    Why did you tell him that?

12   A    Because I was not trying to have intercourse and I

13   wasn't on my period.

14   Q    So you were not on your period?

15   A    No.

16   Q    Okay.  And so you're articulating to the Court that your

17   hands are extended as if to stop and he grabs your hand?

18   A    Yes.

19   Q    And he's put it on his genitals?

20   A    Yes.

21   Q    Okay.

22   A    His penis.

23   Q    On his penis?

24   A    Yes.

25   Q    And did he take his hand off of your hand or not?

1   A     No.  So he kept my hand on his penis.  And he put his

2   hand inside my rectum.  And within seconds I had fluids on my

3   hand.

4   Q    You mentioned that he put his other hand inside your

5   rectum.  How did that happen?

6   A    I was standing.  So my hand was placed on his penis and

7   I'm standing up.  And I had on spandex.  And so while my

8   hand's here, he just put his hand inside my rectum through my

9   spandex.

10  Q    In that moment, how were you feeling internally,

11  mentally and psychologically?

12  A    I felt -- I felt scared.  I felt sad.  I felt

13  manipulated.  I felt humiliated.  I felt very disgusted.  I

14  was actually undergoing a panic attack.  I was -- I was very

15  disturbed.

16  Q    You mentioned that you eventually, or after a few

17  seconds, felt some fluid on your hands.  What was that?

18  A    His sperm.

19  Q    And what did you do after that?

20  A    I ran to the back to the bathroom and I vomited.

21  Q    Why did you vomit?

22  A    I was sick.  My heart was pumping.  I was getting

23  nauseous.  I felt humiliated.  I felt very disgusted.  I felt

24  depressed.  I felt mentally damaged internally, physically.

25  I felt violated just as a woman.

1    Q    Why?  Why did you feel that way?

2    A    Sorry.  Because I'm a good person.  I just wanted to

3    work.  And I'm a good person.  And I started questioning why

4    this is happening.  I just wanted to work.  And I started to

5    feel like I failed as a person, as a female, because I just

6    wanted to work.  I'd been out of work for so long.

7         And I felt like everything I was trying to do wasn't

8    working in my favor.  I felt hopeless.  And I really felt

9    like I failed as a mom and as a daughter to my mom because I

10   had to find a way to explain everything.  I felt -- I really

11   did feel humiliated, very disgusted.  Sorry.  Sorry.

12   Q    Don't apologize.  It's okay.  Do you want to continue?

13   A    (No audible response.)

14   Q    You mentioned that he had put or he had digitally

15   penetrated you in your anus.  Did you give him permission to

16   do that?

17   A    No.  Can I just say, you know, David is six-four, three-

18   something pounds, almost four.  I lost so much weight then

19   being there.  I'm now 175.  I was actually 140.

20   Q    You mentioned you lost weight.  How?  How did that

21   happen?

22   A    I wasn't eating.  I was -- I felt I was stressed.  I was

23   depressed.  You know, I just -- all I kept saying is I just

24   wanted to take care of my son.

25   Q    At what point, did you stop eating?

```
1     A     My second week there at the job.

2     Q     And --

3     A     And --

4     Q     Go ahead.  I'm sorry.

5     A     And it just continued.  I didn't want to eat there.  I

6     didn't want to be comfortable there.  I never had much there

7     after my first week there.  I wouldn't eat.

8     Q     And you mentioned that you went to the bathroom to

9     vomit, to throw up?

10    A     Yes.

11    Q     What happened next after that?

12    A     I grabbed my stuff.  I ran out the bathroom.  And I just

13    grabbed my stuff and just ran out of the office, the

14    building, went to my car, took my asthma pump, breathed a

15    bit.  I sat there for a few minutes just getting myself

16    together, and I drove home.

17    Q     How were you feeling on the drive home?

18    A     I felt damaged, (indiscernible), confused, disgusted,

19    humiliated.  I felt I was manipulated, and I really felt a

20    failure as a person.

21    Q     Why did you feel like a failure?

22    A     Because I came to do one thing and I didn't expect this

23    to happen to me.  You know.  I didn't -- I was confused and

24    felt like I didn't put myself out there -- I put myself out

25    there to work and to provide and take care of my kid.  And
```

1    that wasn't happening and I felt like I had the

2    responsibility of that.

3    Q    When you got home, what did you do?

4    A    I told my mom.  I told my mom.  On the way there, it was

5    hard like driving because my father just got home from prison

6    and I wasn't sure if I even, you know, wanted to tell my mom,

7    but I told my mom.

8    Q    Did you go back to work the next day?

9    A    My mom came with me to the job.

10   Q    And why did she do that?

11   A    She came with me to get my stuff, and she just wanted to

12   see who David was, and we were coming to make a police

13   report.

14   Q    Okay.  And were you still employed by Long Island Motors

15   at that point?

16   A    Yes.

17   Q    Okay.  So you went to work with your mom?

18   A    I actually went with my mom to make a report, yes.

19   Q    And did you go to the job or did you go to the police

20   precinct, or something else?

21   A    We went to the job first so I could get the -- so I can

22   get the rest of my stuff.

23          But, I'm sorry, I'm skipping something.  Because I

24   actually went to work the next day and me and Joanne had a

25   conversation.  And Joanne -- I told Joanne, you know, I

1  wasn't happy here.  And I said, Joanne, you know, David tells

2  me things about you, of you being here, and you have reviews,

3  you know, so he's watching, you know.  Just make sure, you

4  know, all the screaming and yelling is not needed.  Joanne

5  told David what I said, and David said -- me and Joanne was

6  outside and within minutes David said, Coress, bring your ass

7  in here.  You're fired.

8  Q    All right.  Let's break that down a little bit further

9  because I saw that you had mentioned that you had skipped

10  ahead.

11  A    I did.

12  Q    So the next day you went back to work and you had a

13  conversation with Joanne?

14  A    Yes.

15  Q    And it was a -- did you discuss what had happened the

16  night before?

17  A    No.

18  Q    Okay.  What did you tell her about?

19  A    I just told Joanne that David was telling me that she

20  was loud and she had bad reviews, and he didn't really want

21  her working there.  But I told her just to kind of like watch

22  her back.

23  Q    And did you mention anything about your work experience

24  with David in that conversation?

25  A    I did when -- when Joanne -- when I told Joanne this,

1    Joanne ended up telling David and David told me to bring my

2    ass inside and that I was being fired and I was causing

3    problems.

4    Q    Okay.  So let's talk about that.  So David -- where was

5    he when you were talking to Joanne?  Was he inside?  Was he

6    outside?

7    A    Inside.

8    Q    Okay.  And he came outside?

9    A    No.  He actually yelled for me to come inside.

10   Q    From his office?

11   A    Yes.

12   Q    Okay.  And you did that?

13   A    Yes.

14   Q    And you went into his office?

15   A    Yes.

16   Q    Okay.  Was anyone else in his office?

17   A    Joanne.

18   Q    Joanne came inside with you?

19   A    Joanne was actually in the office first.

20   Q    Okay.  So how soon after the conversation with Joanne

21   ended were you called into his office?

22   A    Two, three minutes.

23   Q    Okay.  So you went into his office.  And Joanne was in

24   there too?

25   A    Yes.

1    Q    Tell the Court what happened when you went into David's

2    office and Joanne was in there.

3    A    When I went inside there, David said my ass was fired.

4    I'm causing too many problems here.  And I just shook my

5    head.  And he said you will never get a job again.  And I'll

6    make sure you never get a god-damned job ever again.  And I

7    left.  Joanne followed me.  I left all my stuff there.  I had

8    my phone already.

9        Joanne followed me out the doors and she was telling me

10    she was sorry.  I told her this is bigger than this.  David

11    touched me.  And Joanne said I knew something happened.  That

12    mother fucker.  Where did he touch you?  I said he had me

13    behind the desk.  She said, yeah.  I guess he would because

14    there's no cameras that's going towards his desk.

15    Q    Anything else discussed with Joanne after you were

16    terminated?

17    A    Joanne told me this job is not for me.  And she was

18    sorry that this happened.  And I told her don't be.  And I

19    walked away from Joanne.

20    Q    How did you feel after you were fired like that?

21    A    I actually had to bring back my asthma pump.  I started

22    feeling sick again, anxiety, confused.  I was depressed.  At

23    this time, I was shaking.  I was very shaky.

24    Q    Why did you need your asthma pump?

25    A    Anxiety was starting to kick in and I wasn't breathing

1    how I was supposed to breathe.  I started like gasping.

2    Q    Okay.  Is that the only time you used your asthma pump

3    at work?

4    A    I used it when -- with the situation with him the day

5    before.  Those were the only times I used my asthma pump.

6    Yes, sir.

7    Q    Okay.  And so you used it the day you were fired and the

8    day he assaulted you?

9    A    Yes.

10   Q    And that was for your anxiety?

11   A    Yes.

12   Q    Okay.  And what did you do next after he terminated you?

13   A    I went home.  I told my mom.

14   Q    What did you tell your mom?

15   A    I told my mom I was embarrassed.  I yelled I'm

16   embarrassed.  I cried.

17   Q    Do you want to continue, Ms. Doe?

18   A    I'm sorry.  See, my mom --

19   Q    Yeah.  Go ahead.

20   A    -- she worked for social services, so I had to tell her

21   cases she's been working on has happened to me.  And I just

22   (indiscernible).  I told her I was sorry.  And I just found

23   myself crying.  I just felt I was very depressed.  I ended up

24   cutting all my hair off.

25   Q    What do you mean by that?  How long was your hair

1    before?

2    A    To the middle of my -- to the middle of my back, near my

3    (indiscernible).

4    Q    You mentioned you cut your hair.  How much hair did you

5    cut?  How many inches?

6    A    About (indiscernible).  Oh, I cut off 18 inches.  Sorry.

7    Sixteen to 18 inches off.

8    Q    Okay.  So your hair was down the middle of your back and

9    you cut it to very short, almost --

10   A    I had -- yes.  I couldn't even put my hair in a pony

11   tail.

12   Q    Okay.  And you're indicating.  How short did you cut

13   your hair?

14   A    The back was already close to the scalp.  I probably had

15   like this much hair, maybe three inches.

16   Q    And you're gesturing a few inches between your index and

17   thumb, correct?

18   A    Yes.

19   Q    Okay.  Why did you cut your hair?

20   A    I felt like I was -- when I cut it, it was something I

21   thought to do.  This wasn't like a one cut thing.  I actually

22   was cutting my hair all the way to August, and I was left

23   with that amount of hair, but I felt like I was starting

24   over.  Reborn.  Just feeling like I was starting over a new

25   journey.  Because when I ended up stopping, that's when I

1       found a job.

2       Q      Stopping what?

3       A      Cutting my hair.

4       Q      And that's when you found your next job?

5       A      That's when I stopped.

6       Q      Before we get there, after your termination, you

7       testified earlier that you told your mom about it.  What did

8       you and your mom do next after you told her what happened?

9       A      We filed a police report.  We actually -- sorry.  We

10      went to the job the next day and my mom came with me inside.

11      I went to the back.  No one said anything to me.  I got my

12      stuff.

13             But my mom was staring at David from the outside and

14      she was just standing there.  And I'm like, come on, mom,

15      come on, mom.  She was still standing there.  And I was like

16      come on, mom.  And she mumbled something under her breath and

17      we walked out and went straight to the precinct, the nearest

18      one we could find by the dealership.

19      Q      What was your mom's reaction when you first told her

20      what had happened at Long Island Motors?

21      A      My mom cried.  She was more feeling like -- she felt for

22      me.  She was very sad for me.  She started saying this is why

23      you haven't been eating.  She started questioning me of

24      things that she was noticing and she wasn't happy.  She said,

25      you know, something has to be done.  You're my daughter.  You

1    know.  And she was very sad.  Actually she was crying.

2    Q    Why did you go to the police precinct?

3    A    I felt that was -- that would be the smart thing to do

4    after talking with my mom because I felt no one deserved

5    anything like this.

6    Q    What was the purpose?  What was the purpose of you going

7    there to the precinct?

8    A    The purpose is to -- so that David could be stopped.

9    Just that, you know, I just -- again, I just felt it was the

10   right thing to do.

11   Q    And what did you tell the police officers or detective

12   that you met with?

13   A    I told them I got hired there.  And I was sexually

14   assaulted.  And after four or five hours of interrogation,

15   the only thing they could ask me was how old was I?

16   Q    What else did the officers say?

17   A    Like if I knew better.  But he told me that he was going

18   to do an investigation.  But the only thing he came up with a

19   few days' later was how old was I, and he needed me to come

20   back, like if I knew better.

21   Q    Did you receive any paperwork?  Did they give you a copy

22   of the police report or any other paperwork?

23   A    They told me they couldn't find anything on David at the

24   time.  They actually needed me to come back there to sit with

25   them again.  But I didn't feel comfortable anymore because

1    the first thing he asked me was how old was I?  Like if I

2    knew better?  So I felt like he wasn't someone to confide in

3    or help me.

4    Q    And do you know what the result of the police

5    investigation was?

6    A    There was no result.  I was calling to see if anything

7    changed or -- no.  They told me they couldn't, you know, find

8    anything on him.  And I had to come back there and tell my

9    story again.

10   Q    Okay.  So, Ms. Doe, two more topics that I want to cover

11   and then we're almost finished.  The first I want to talk

12   about are your attempts to find work after you were

13   terminated.

14        How long were you without a job before -- withdrawn. How

15   long did it take you to find another job?

16   A    I got a job sometime in the summer, in August.

17   Q    Okay.  And do you remember what job that was?

18   A    Ashley Furniture.

19   Q    Okay.  And how long did you work at Ashley Furniture?

20   A    A month.

21   Q    Okay.  And how long between Ashley Furniture did it take

22   you to find another job?

23   A    Before Ashley Furniture, I went into -- my job was -- I

24   wanted to do cars.  I wanted to work -- I wanted to change my

25   career.  I already had sold furniture in the past, but I felt

1    like that would be something I could go back to so I wouldn't

2    have to worry or go do anything that I (indiscernible).

3         And I actually built myself up to say I could do this.

4    And I'm happy to say I've been doing it ever since.

5    Q    Let's tell the Court a little bit about that, about your

6    experience getting back into selling cars.  Tell the Court

7    what places you worked, when you worked there --

8    A    I actually ended up working for Hibachi Kolache (ph).  I

9    think this was before Ashley Furniture.  It was a car

10   dealership so I felt safe there, but it wasn't what I wanted

11   to do.  And then I started working for Ashley Furniture.  I

12   already had sold furniture in the past.  It wasn't what I

13   wanted to do.

14        Then I started working for a car dealership.  When I was

15   at Ashley Furniture, I said I could do this.  This is what

16   you want to do.  I did it.

17   Q    Did you have any pleasant experiences working at any of

18   the car -- another car dealership?

19   A    Yes.  When I worked at Bical Chevy, it was okay.  But if

20   I felt anyone there was just a little too friendly, I would

21   leave.  And I did.

22        And I worked at Toyota.  And when I got hired

23   there, I told my boss there at the time, Shamika, that this

24   is actually kind of hard for me, but this is my passion.  And

25   she didn't understand why.

1          And I told her about a situation I had at Long
2    Island Motors and she told me I wouldn't have to worry about
3    anything like that here, and everybody here's professional.
4    And I was happy there.  I actually became the top saleswoman
5    there.  So I just knew then it wasn't me ever.  At one point,
6    I thought it was.

7    Q    How long did you work at Advantage Toyota?
8    A    Almost a year.  Then I started learning how to do my own
9    bills.  And I wanted to do more.  I wanted to be a manager.
10   And today I do my own bills.

11   Q    Did your manager at Advantage Toyota give you positive
12   performance feedback?
13   A    Yes.

14   Q    How did that make you feel to get that positive feedback
15   from that dealership?
16   A    It made me feel great.  Because for a long time, all I
17   could hear is Joanne telling me this business wasn't for me.
18   And she's been in the business longer than I have.

19         I thought maybe she saw something, and I started really
20   believing this isn't for me.  But all in all, this business
21   is me, for me.  It's just who the people you have around, the
22   environment.

23   Q    You mentioned Bical Chevy, right?
24   A    Yes.

25   Q    Where is that located?

1    A    That's in Valley Stream, Long Island.

2    Q    Okay.  And you mentioned -- did you mention that

3    something happened there?  Or I believe you said that you

4    felt uncomfortable by something?

5    A    Yes.

6    Q    Okay.  And so what happened with that?  Were you

7    triggered by something?  What happened?

8    A    I was triggered.  The manager there just was a little

9    friendly.  And, you know, he'll tell me beautiful too.  And I

10   just left.

11   Q    Did that experience at Bical Chevy remind you of what

12   happened at Long Island Motors?

13   A    Yes.

14   Q    How did it do that?

15   A    It just made me think of David, how it started, and it

16   made me say to myself this is how this started before.  I'm

17   not saying that it's going to happen, but I'm not going to

18   take a chance to even let it or even find out.

19   Q    And that's why you left Bical Chevy?

20   A    That's why I left Bical Chevy.

21   Q    Okay.  And did you go from Bical to Advantage Toyota?

22   A    Yes.

23   Q    Okay.  And I believe you said a minute ago you left,

24   you've since left, Advantage Toyota?

25   A    I left Advantage Toyota.  I started working at something

1    called Seamless Auto where I could be more hands-on with my

2    own deal.

3    Q    Is that where you work currently?

4    A    No.  So currently I work for Great Neck Motor Sports.

5    Q    Seamless Auto, how long did you work there?

6    A    A month.

7    Q    And you left there to go to Great Neck?

8    A    Yes.

9    Q    Okay.  Why did you leave Seamless?

10    A    I didn't like the money, how the money was going there.

11    It was a family-owned business.  They were able to do a lot

12    of things that I wasn't aware of.  It was my first time

13    working for that type of business.

14    Q    Sure.

15    A    Toyota's a franchise.

16    Q    Were you terminated by Seamless or did you leave because

17    you found another job at Great Neck?

18    A    Yes.  I just left because I found another job at Great

19    Neck.

20           MR. FRIEDMAN:  So, Your Honor, if I may, I have the

21    W-2s here which will assist in calculating what the back pay

22    should be.

23           THE COURT:  Okay.

24           MR. FRIEDMAN:  Rather than go through each one, I

25    believe you said at the beginning that we could just move to

1     admit them all.

2                 THE COURT:  That's fine.

3                 MR. FRIEDMAN:  And then it might also be helpful

4     like if Your Honor would like that -- and obviously I'll

5     defer to you -- to like submit a letter to do the time line

6     -- I mean, go through the time line so you can see what

7     periods where she wasn't working to see when the back pay is

8     and isn't in play.  Would that --

9                 THE COURT:  That's fine.  If you want to submit a

10    letter after the hearing with the calculations and the dates

11    and everything, that might be easier.

12                MR. FRIEDMAN:  Okay.  I can have that filed within

13    one week if that's okay with the Court?

14                THE COURT:  That's fine.

15                MR. FRIEDMAN:  Great.

16    BY MR. FRIEDMAN:

17    Q    Okay.  So, Ms. Doe, I want to finish the examination now

18    and I want to -- focusing on -- and we talked about it a lot,

19    but a little bit more about your mental state following the

20    termination.

21          Now, you described a lot of symptoms, a lot of things

22    that you were experiencing at different points.

23          After you were terminated from Long Island Motors, can

24    you tell the Court how you were feeling mentally and

25    emotionally?

47

1    A    I felt like I was going through some type of trauma.

2    And I say this because -- this doesn't have nothing to do,

3    but in 2011 my partner was murdered.  That same feeling I got

4    when I wasn't working and I'm looking at my son.  I'm

5    questioning how I'm going to provide.

6         I was not healthy at all.  I wasn't eating.  I didn't

7    care to eat.  I was very depressed.  I was still disgusted,

8    cutting off my hair, you know, just looking for a new start

9    mentally.

10   Q    On a scale of one to ten, ten being the most severe and

11   one being the least severe, how severe would you characterize

12   the symptoms you were experiencing?

13   A    Ten.

14   Q    And why?  What about -- what was a ten?

15   A    It's just I don't think anyone deserves anything like

16   this.  I came there to work for someone.  And knowing that I

17   didn't get the opportunity I just felt like I was -- I felt

18   helpless.  I felt ashamed.  I started questioning myself.

19        I felt like I started being destructive to myself.  And,

20   you know, I was very unhappy.  But what kept me going is my

21   kid, my son.

22   Q    I'm sorry.  I didn't mean to cut you off.  Were you

23   finished?

24   A    I'm finished.

25   Q    Okay.  How long did the symptoms stay at a ten?

1    A    I'm going to honest, every day I go to a dealership and

2    I'm always reminded.  Even in a great atmosphere.  Because my

3    first job of trying to start a new career was at Long Island

4    Motors and it haunts me now, you know.  It's still a ten.

5    Q    How has the sexual assault and termination from Long

6    Island Motors affected your daily life?  Or what's the impact

7    it has had on your daily life since the assault, since your

8    termination?

9    A    I used to do -- I do music.  I will perform.  I didn't

10   go out.  I didn't have a social life.  I felt very ashamed.

11   I felt embarrassed.  I felt disgusted.  It was like a battle

12   with me mentally a lot.

13        And I thought if I like changed my appearance -- so I

14   didn't wear makeup anymore, I stopped looking -- I mean, I

15   call it casual -- I told my mom, you know, maybe if I stop

16   looking attractive, I guess, maybe people will leave me

17   alone.  I changed my whole look and cut off my hair.  Not to

18   use the word ugly, but I did my best to not look like

19   anything.

20   Q    And if you could describe for the Court your personality

21   and who you were before the sexual assault and termination

22   and after.  Can you tell the Court how you were changed?  How

23   this changed you?

24   A    I have a southern background.  I was always happy.  I'm

25   still, you know, working on it.  Polite.  Anything you need,

49

1    I'll do.  You didn't have to like me for it to be done.  I'll

2    just do it.

3        I always felt like -- not to get religious or anything,

4    but I felt like, you know, if God sees that I'm doing good

5    I'll get good.  And I was a very happy person.  I had no

6    worries about sexual stuff.  You know, I was able to talk to

7    guys and be comfortable.

8            And after this situation -- because it wasn't just

9    the job anymore -- now I have an outside life.  I'm not

10   happy.  I'm not as jolly.  I'm not doing my music.  I'm not

11   writing any music.  I started losing myself.  Before this

12   job, I had myself.  I knew what I had to do even with my knee

13   injury.  And I lost my -- I lost myself.  I lost myself.  I

14   wasn't -- I wasn't happy at all.  Still very much disgusted.

15   I was devastated.  I wasn't me.

16           Before, I loved my hair.  My hair was everything,

17   you know.  And I cut it off and I started just hiding under

18   wigs and stuff.  So I had no hair.  And I didn't want to be

19   liked.  I didn't want to bring any attention.

20           Before, I was full of attention.  I have tattoos

21   and stuff.  I started looking at my tattoos like you're

22   bringing attention.  Cover yourself up.  Don't wear makeup.

23   You know, cut your hair off.  Dress tomboyish.  Don't be

24   Coress.  Don't be, you know, popular.  Don't -- you know,

25   just I closed myself in.

1    I didn't want nobody to give me any type of looks

2    or attention because that situation, it destroyed my mental.

3    I didn't know if compliments were compliments anymore or if

4    someone was coming from --

5    (Pause.)

6    And I'm getting upset because (indiscernible)

7    And I know I'm, you know, the way I carry myself  -- sorry --

8    I'm leaving jobs.  (Indiscernible) just so I could feel safe

9    because I didn't ask for any of this stuff.  I just wanted to

10   work.

11   And I'm just so thankful that I have my son because

12   my son pulled me through.  That's the God honest truth.  My

13   son -- every day my son no matter how helpless or hopeless

14   I'm okay.

15   Q    Thank you.  Thank you, Ms. Doe.

16   Is there anything else you want the Court to know about

17   what happened to you at Long Island Motors and how it's

18   affecting you today?

19   A    You know, I just wish the detective would have just took

20   me more serious.  I just wish David would have left me alone.

21   And actually I wish I never even went there.

22   You know, every day I'm at a dealership this is

23   what I want to do.  And every day I'm reminded of this

24   situation.

25   And, you know, it tore me down mentally,

1    physically, just me as a person, as an individual.  And day

2    by day I'm working on my self and building it up.  And, you

3    know, I decided to grow my hair back.  My hair is growing

4    back.  I started wearing some makeup and stuff, and just I'm

5    just taking it day by day.

6          MR. FRIEDMAN:  Okay.  I have nothing further, Your

7    Honor.  If you have some questions, we're here to answer them

8    if anything is needed from us.

9          THE COURT:  I don't have anything else.  Thank you.

10   You can step down.

11         THE WITNESS:  Thank you.

12         THE COURT:  You can go back.

13         THE WITNESS:  Okay.

14         THE COURT:  You can call your next witness.

15         MR. FRIEDMAN:  Yes, Your Honor.  I'd like to call

16   plaintiff's mom, Ms. Doe.

17                    JANE DOE'S MOTHER, SWORN

18                      DIRECT EXAMINATION

19   BY MR. FRIEDMAN:

20   Q    Good afternoon, Ms. Doe.

21   A    (No audible response.)

22   Q    So, you know, you just heard the testimony from your

23   daughter, and you lived through part of it.  I want to ask

24   you first can you describe how your daughter was before all

25   this happened that she just testified about and who she is

1    today?

2    A    Okay.  Before this incident took place, Coress was a

3    very happy person.  Everyone loves Coress.  When we have the

4    family functions, she's the one that keeps everyone smiling.

5    And, you know, everyone takes to her.

6         She has a beautiful personality and she's a very

7    happy young lady.  And I think that's really like -- people

8    underestimate her, you know, because she's very kind.

9         So before the incident she always was, you know, an

10   upbeat person, very upbeat, very caring.  Just motivated.

11   Let's do this.  Let's go.  She loved going shopping to the

12   mall.  Always wanted to go to the mall.  Loved spending

13   money.  She loved spending money.  She loved good things.

14   She loved the expensive stuff, where, you know, I look for

15   the sales.  Coress just enjoys shopping.

16        She always wanted to go out.  Her favorite

17   restaurant is Red Lobster.  I never had to spend a lot of

18   money on her celebrations.  When she was graduated from

19   school, I didn't have to give her a party.  Oh, mom, I don't

20   want no party.  She always wanted Red Lobster.  That just was

21   her favorite restaurant.

22        And since this incident all that's taken away.  I

23   can't even tell you the last time we actually went to the

24   mall.  Red Lobster, we don't go.  She does this

25   (indiscernible) like we don't go no more.  There's no more

1    family event.  We don't have the -- it's just her, her son

2    and myself.  And we have game night that she doesn't take

3    part in anymore.  And this is the things she was doing

4    before.

5            It's like she just shut down.  She shut down a lot

6    in almost like a year.  And I still see -- you know, I'm very

7    supportive.  I see a lot -- I see the big difference in her.

8    The worst part is Coress always was beautiful and the family

9    loved her.

10           Coress, she does her own makeup.  She does her own

11   hair.  Coress has pretty hair.  A lot of people think that

12   she's Indian.  There may be some history, but her hair is

13   totally different from ours and she has beautiful hair.

14   Her hair was just as long as her back.

15           And I noticed a change.  Coress started cutting her

16   hair.  Coress didn't care about her appearance.  And I was

17   aware that Coress was coping with something when Coress was

18   not caring about her appearance.  She wanted to feel ugly.

19   She really wanted to feel ugly.

20           And I would tell her you're beautiful.  Why do you

21   want to feel ugly?  Why wouldn't you go outside?  Coress used

22   to wear these scarves that was -- honestly, it's just like

23   she just -- she used to go out to the stores and stuff like.

24           If you didn't know her, like she was just this

25   homeless young lady.  And I was like what's wrong with you?

1    You know.  So she's, ma, I mean, I'm drawing too much

2    attention to myself.  Maybe these men will leave me alone if

3    I felt ugly.  I said you're not ugly.  I said you're letting

4    them win.  That's what you're doing.  You're letting them

5    win.

6            She didn't understand for a while, but she's

7    starting to understand now.  But for a long time, Coress was

8    not understanding she was allowing the individuals that, this

9    man, David, had done to her.  He was winning.

10           And I explained to her.  No, you continue to be

11   yourself.  Because Coress is very strong.  She has been very

12   strong in her life.  She has been strong in situations she

13   went through.  I'm very proud of her that she was able to

14   stand up here and explain her story.  It takes a lot so I

15   know she's strong.

16           And that's what I need her to understand, that

17   she's strong and don't let nobody -- don't let no situation

18   or anything to break you or make you fail.  This is not your

19   fault.

20           You wanted to work.  You wanted to provide.  Coress

21   has said it all standing here.  She just wanted to provide

22   for her son.  And people prey on that.

23           They look at it as desperate, but not realizing she

24   just wants to work.  She wanted to make her son proud.  She

25   wanted to make me proud.  She don't want to lean on her mom.

1    But it's okay.  I help her.  She not have to work, but she --

2    this is what she wants to do.

3            It's been taking a lot out of her, but I can see

4    that my daughter's coming back.  She's really coming back.

5    And I'm not going to talk -- I'm not going to discourage her.

6            If this is what you want to do, sell cars, that's

7    what you do, sell cars.  Because she's a -- she's a very

8    excellent salesperson.  And don't let anything take that away

9    from you.

10   Q    Thank you, Ms. Doe.  Can I ask you a couple of quick --

11   or I'd like to ask you just a couple of quick follow-up

12   questions about some of the things you said.  You mentioned

13   that you noticed she was coping with something.  When did you

14   notice that?

15   A    I noticed Coress, she said -- Coress didn't tell me when

16   that -- when she came in right -- when she came in the house

17   the day of that situation, I knew something.  Coress had a

18   glare in her eyes.

19           I asked her what was wrong, and she told -- that's

20   when she -- I asked her something's not right with you,

21   what's wrong, and she broke down and she told me.  That's

22   when I realized she was coping with an issue when she came

23   home from work that day.

24   Q    What did she tell you?

25   A    She told me exactly what she stood up here and said to

56

1    you.  She said that she was violated.  And mom, mom, it's not

2    my fault.  And I said it's not your fault.  I said what

3    happened?  She kept crying, mom, mom, mom.  My boss --  my

4    boss, he made me touch his penis.  He made me touch his

5    penis.  I was like how did he make you touch his penis?

6           She said, mom, he told me to come over to his

7    office.  And I came over to his office.  And he told me to

8    come over here.  Then he grabbed my hand and he put -- he put

9    it on his penis and he put his hand on my behind and -- and I

10   was like, Coress, what did you do?  She said I was in shock.

11   I was froze.  I couldn't move.  I didn't know what to do.

12          So I was like so how you feeling? It was late.  I

13   said Coress, the first thing we're going to do, we're going

14   to go -- we're going to go to the police station and we're

15   going to file a police report.

16   Q    Okay.  Can you describe your daughter's demeanor when

17   you were having this conversation with her the night of the

18   incident?

19   A    It was -- it was -- she didn't even look like herself.

20   She had such a fright -- she was scared.  She was afraid.

21   She was angry.

22         And then she was kind of like blaming herself.  It was

23   like -- and I just explained to her this is not your fault.

24   And she constantly cried.  She was very angry.  Very upset.

25          She really couldn't get the words out.  So it was

1     like an all-nighter.  And I haven't slept in my daughter's

2     bed in years.  I slept with her.  I hold her.  We talked and

3     we talked and I got a better understanding of, you know, what

4     happened.

5              And just like, you know, Coress just wanted to

6     work.  But listening to the story, I don't know.  It was

7     about he preyed on her and she didn't understand it.  And now

8     she's understanding and this is why she's in the situation

9     she's in now.

10             This should never happen again because she sees the

11    signs.  She sees the signs.  And so as soon as someone want

12    her -- she's at work and, you know, you're supposed to go to

13    work, no one should come to you telling you how pretty you

14    are.  You're not there to be pretty.  You're there to do a

15    job.  And she understands that.

16    Q     Thank you for that.  You mentioned that you slept in her

17    bed and had an all nighter.

18    A     Yes.

19    Q     Was that because she couldn't sleep?

20    A     She couldn't sleep at all.  And she wasn't sleeping in a

21    while.  She lost so much weight.  She wasn't eating.  I had

22    to buy her Nutriment, you know, because Coress always -- she

23    was always -- not a heavy young lady, but she always had a

24    nice size.

25             But at this time, she just looked like, you know,

1    someone that was just out there.  Zoned out.  She was just so

2    small.  And I was so afraid for her.

3                But, you know, she don't eat.  I encouraged her to

4    drink the Nutriment.  You know, I stayed with her.  I

5    supported her and I support her to this day.

6                And Coress is 36 and she's still with me because I

7    want to make sure that she gets through this because she's

8    reminded of this.  And it bothers her.  You know, she -- what

9    I appreciate is she talks to me so I can help her.  As long

10   as she's talking, I know that she'll be okay.

11   Q    And, Ms. Doe, you mentioned Nutriment.  What is that and

12   why did you give it to your daughter?

13   A    I gave her Nutriment because she wasn't eating.  And I

14   know that's like a drink that will help you, you know, keep

15   your vitamins in your body.  You'll get your nutrients Just

16   like the name, you'll get your nutrients that your body would

17   need.

18               So that's why I always made sure that she would

19   drink that because she didn't have an appetite.  She was very

20   -- she was getting very fragile and she was beginning to look

21   very sick and so, you know, so I was just making sure.

22               She had like a lot of stress and she was like

23   isolated.  As I mentioned, you know, she wasn't doing -- we

24   played a lot of bowling, me and her son.  We do the little

25   Wii.  And she wasn't taking part in it.  But, you know,

1    lately she's been coming downstairs with us and, you know,

2    she's getting back together.

3            And she even said when we leave here, mom -- this

4    is the first time since the incident she asked me could we go

5    shopping?  So I was like, okay.  So I was like, okay, so I

6    feel like she's coming along.

7    Q    And, Ms. Doe, a couple more.  You mentioned -- I think

8    you said Wii bowling.

9    A    Yeah.

10   Q    Is that like Nintendo Wii?

11   A    It's an entertainment center because we have -- you

12   know, we do our family thing.  That's one thing.  Because

13   it's just like really -- you know, I lost a couple of my

14   sisters last year.  Not to the COVID.  They were sick.  And,

15   you know, so we are a very close family.

16           Just really Coress and her son and myself, so we

17   always -- you know, I always try to encourage them to -- you

18   know, we do family things.  We eat together.  We go out.  And

19   we've been like that for years.

20           Before the grandson came, that's the way me and

21   Coress and myself we always -- we did things together always.

22   Like the only parent at her basketball game and all the

23   coaches they was like no matter where the game took place, I

24   was there, always supportive of her.  Anything that she

25   wanted to do, her music, I encouraged her.

1          Everything that she stopped doing I continued to

2     encourage her to do it.  So she's back writing.  She's back

3     rapping.  She's back doing the -- well, today we'll go out

4     after we finish here.  We'll go shopping.  You know, this is

5     the things that I know when she's very happy.  And then when

6     she stopped doing this, something is -- something is not

7     right there.  So she's getting back happy.

8     Q    Ms. Doe, how long did she stop doing those activities,

9     the Wii Bowling, the shopping, the other family events, how

10    long did all that stop for?

11    A    We just -- honest, we just started.  We had -- Christmas

12    she came down.  She came down for Christmas to play.  And I'm

13    just going to assume it was Christmas.  And one more time

14    after that.  But since then, we've only play two where we

15    normally would play like every other weekend.  We didn't play

16    Friday.  We played Saturday.

17    Q    Okay.  And you mentioned that the night Coress came

18    home, you know, she had told you what happened.  Can you just

19    tell the Court what you did and what you and her did after

20    she had told you everything that happened in terms of going

21    to the police station, and in terms of going back to the

22    dealership, just tell the story to the Court.

23    A    So once she -- once she explained to me what's happening

24    and once I consoled her, I told what we were going to do in

25    the morning.

1    And she told me that she was fired and stuff.  And

2    I told her that's okay.  And I said I will go with you to the

3    -- to get the rest of your things, but we were going to go to

4    the precinct.

5    So when I when I went to her place of business and

6    I asked -- I was like -- I asked her, I said -- I seen the

7    gentleman in her office, I said is that your boss?  And she

8    said, yes.  And I kind of like froze.  You know.  I froze

9    when I saw him and I just stared at him and he would not give

10   me no eye contact.  And I continued.  I continued to look at

11   him.

12   So Coress was like telling me to come.  And she's

13   like -- I couldn't even move.  She's like, mom, come, come.

14   I couldn't move.  I continued to stare at him.  And then

15   finally I kind of like snapped at him and I said to him -- I

16   said you will get what's coming to you.  And then I told

17   Coress come on.

18   Then we went to the precinct.  Already I was

19   sitting in the car.  They wouldn't let me come in.  But they

20   were talking to Coress for hours.  They were talking to

21   Coress for hours.  And they did the police report.

22   And then I did have an opportunity to speak to one

23   of the detectives and I was asking him, you know, what comes

24   out of a case like this?  And he was like he was going to

25   follow up.  We've just got to find him.  And he was like your

62

1    daughter's very brave.  One policeman said your daughter --

2    it was a female officer

3    -- and she had apologized for what had happened to her.  She

4    said that she had to leave.  She had to leave out of there.

5           So then months later nothing came of it and I had

6    asked Coress did you get any information and then she said

7    she didn't get any information.

8           So then I had contact and then they said the

9    investigating detective, he was on vacation regarding the

10   case.  And we didn't -- as of this day, we haven't heard

11   anything about the criminal part of this issue.

12   Q    Okay.  And, Ms. Doe, is there anything else you would

13   like the Court to know about how -- your observations of how

14   this affected your daughter?

15   A    Well, if I didn't mention, like I said, she did -- she

16   had like a lot of anxiety.  And I was able to identify with

17   that because I have a background in psychology and I have

18   credit for social work because that's my field.  I'm an

19   individual who assigns cases.

20          And I've seen Coress with a lot of the signs and

21   symptoms.  So that's why I was able to assist her and support

22   her.  And I knew in fact what she was going through.

23          She had the -- the cutting of the hair was the

24   worst and feeling that she needed to look like -- I'm going

25   to say the word ugly to move around in society.  This is the

1    thing she was feeling.

2            I've encouraged her that, you know, she don't have

3    to feel that way.  She's a beautiful young lady and to

4    continue to be beautiful.  She shut down.  She was very

5    isolated.  And it's not the same for her.  It's not the same

6    for her.

7            This is not her fault at all and I'm going to keep

8    that issue going with her and I want her to just continue.

9    And I really appreciate the fact that she came today.  And

10   she looks beautiful.  And we will go shopping.  And I'm real

11   proud of her.

12   Q    One more question if I may.

13   A    Yes.

14   Q    You mentioned your background in psychology and social

15   work.  Can you tell the Court what your background is, who

16   you worked for in that capacity?

17   A    I worked for over 34 years with the New York City

18   Housing Authority.  And that's public housing.  And that's

19   were over 400,000 residents that reside in public housing in

20   there.

21           I worked in the Social Services Department for over

22   two years and I'm the individual that does the assessment

23   intake for the referrals and assignments to the social

24   workers.  Whatever the referral issues are, I will assign the

25   cases to the social workers.

64

1          And psychology, I went to school for it.  That's my

2     concentration in psychology.  And I have 30 credits in social

3     work.

4     Q    Thank you.  I have nothing further.

5          THE COURT:  All right.

6          MR. FRIEDMAN:  Thank you, Your Honor.

7          THE COURT:  Thanks.  You can step down.  Thank you.

8          THE WITNESS:  Thank you.

9          MR. FRIEDMAN:  Anything else, Your Honor?  I'd be

10    happy to give some remarks.  Or if they're not needed, you

11    tell me what.  Or if there's anything else from the Court

12    that's needed at this time.

13         THE COURT:  You mentioned filing a letter after the

14    hearing with the information about the employment.  If

15    there's anything else you want to add to that, you could do

16    that.

17         MR. FRIEDMAN:  Sure.  Sure.  If the Court would

18    like, I could give a summation of it, or I can do it in the

19    letter, however the Court --

20         THE COURT:  Why don't you put it in your letter.

21         MR. FRIEDMAN:  Okay.  Will do.

22         THE COURT:  Okay?

23         MR. FRIEDMAN:  All right.  Thank you, Your Honor.

24         THE COURT:  All right.  Thanks, everyone.  And I'll

25    await your letter.

1          MR. FRIEDMAN:  I appreciate that.  Thank you.

2          THE COURT:  Have a good day.

3       (Proceedings concluded at 3:45 p.m.)

4

5    I, CHRISTINE FIORE, Certified Electronic Court Reporter and

6    Transcriber, certify that the foregoing is a correct

7    transcript from the official electronic sound recording of

8    the proceedings in the above-entitled matter.

9

10

11         *Christine Fiore*

12    _____          March 28, 2022

13       Christine Fiore, CERT

14          Transcriber

15

16

17

18

19

20

21

22

23

24

25