UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— X

JANE DOE

                              Plaintiff,                 Affirmation of Service

        -against-

LONG ISLAND MOTORS, INC., and DAVID
DELVECCHIO                                        21    CV 1232    (    )

                             Defendant.
———————————————————————— X

I, _Bruce Kostka_, declare under penalty of perjury that I have served a copy of the attached _Report & Recommendation_ upon _Long Island Motors, Inc._

whose address is: _720 Sunrise Hwy, West Babylon, NY 11704_

Dated: _June 21, 2022_
            , New York

_[signature]_
Signature

_225 Bdwy_
Address

_N.Y., N.Y., 10007_
City, State, Zip Code

Affirmation of Service (USDC-EDNY) - January 2003

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK     Attorney: PHILLIPS & ASSOCIATES PLLC

---

JANE DOE

Plaintiff(s)

Index # 2:21-CV-0123-GRB-ST

- against -

LONG ISLAND MOTORS, INC., ETANO

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 16, 2022 at 10:23 AM at

720 SUNRISE HIGHWAY
WEST BABYLON, NY 11704

deponent served the within DOCKET ORDER; REPORT & RECOMMENDATION on LONG ISLAND MOTORS, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to DAVID DELVECCHIO personally, deponent knew said corporation so served to be the corporation described in said DOCKET ORDER; REPORT & RECOMMENDATION as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 60 | 5'11 | 250 |

MOUSTACHE & GLASSES

Sworn to me on: June 21, 2022

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Commission Expires November 26, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Commission Expires February 10, 2026

**BRUCE KUSTKA**

Invoice #: 787266

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK     Attorney: PHILLIPS & ASSOCIATES PLLC

JANE DOE

                Plaintiff(s)

                       Index # 2:21-CV-0123-GRB-ST

- against -

LONG ISLAND MOTORS, INC., ETANO

                Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 16, 2022 at 10:23 AM at

720 SUNRISE HIGHWAY
WEST BABYLON, NY 11704

deponent served the within DOCKET ORDER; REPORT & RECOMMENDATION on LONG ISLAND MOTORS, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to DAVID DELVECCHIO personally, deponent knew said corporation so served to be the corporation described in said DOCKET ORDER; REPORT & RECOMMENDATION as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 60 | 5'11 | 250 |

MOUSTACHE & GLASSES

Sworn to me on: June 21, 2022

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Commission Expires February 10, 2026

**BRUCE KUSTKA**

Invoice #: 787266

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

JANE DOE

                              Plaintiff,                     Affirmation of Service

          -against-

LONG ISLAND MOTORS, INC., and DAVID
DELVECCHIO                                     21    CV 1232    (   )

                             Defendant.
------------------------------------------------------------ X

I, _Bruce Kustka_, declare under penalty of perjury that I have served a copy of the attached _Report & Recommendation_ upon _David Delvecchio c/o Long Island Motors, Inc._ whose address is: _720 Sunrise Hwy, West Babylon, NY 11704_

Dated: _June 21, 2022_
         , New York

_[signature]_
Signature

_225 Bdwy_
Address

_NY NY 10007_
City, State, Zip Code

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

JANE DOE

                              Plaintiff,                    Affirmation of Service

       -against-

LONG ISLAND MOTORS, INC., and DAVID
DELVECCHIO                                     21    CV 1232    (    )

                            Defendant.
--------------------------------------------------------X

I, __Bruce Kustka__, declare under penalty of perjury that I have served a copy of the attached Report & Recommendation upon David Delvecchio c/o Long Island Motors, Inc.

whose address is: 720 Sunrise Hwy, West Babylon, NY 11704

Dated: June 21, 2022
, New York

_____
Signature

225 Bdwy
Address

NY NY 10001
City, State, Zip Code

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: PHILLIPS & ASSOCIATES PLLC

---

JANE DOE

                                       Plaintiff(s)

                  - against -    Index # 2:21-CV-0123-GRB-ST

LONG ISLAND MOTORS, INC., ETANO

                                     Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 16, 2022 at 10:23 AM at

C/O LONG ISLAND MOTORS, INC.
720 SUNRISE HIGHWAY
WEST BABYLON, NY 11704

deponent served the within DOCKET ORDER; REPORT & RECOMMENDATION on DAVID DELVECCHIO therein named.

**INDIVIDUAL**     by delivering a true copy of each to said Defendant personally; deponent knew the person so served to be the person described as the Defendant therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 60 | 5'11 | 250 |

MOUSTACHE & GLASSES

**MILITARY SERVICE**     Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: June 21, 2022

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Commission Expires February 10, 2026

**BRUCE KUSTKA**

Invoice #: 787266

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

JANE DOE

Plaintiff(s)

Index # 2:21-CV-0123-GRB-ST

- against -

LONG ISLAND MOTORS, INC., ETANO

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 16, 2022 at 10:23 AM at

C/O LONG ISLAND MOTORS, INC.
720 SUNRISE HIGHWAY
WEST BABYLON, NY 11704

deponent served the within DOCKET ORDER; REPORT & RECOMMENDATION on DAVID DELVECCHIO therein named.

**INDIVIDUAL**  by delivering a true copy of each to said Defendant personally; deponent knew the person so served to be the person described as the Defendant therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 60 | 5'11 | 250 |

MOUSTACHE & GLASSES

**MILITARY SERVICE**  Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: June 21, 2022

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Commission Expires November 26, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Commission Expires February 10, 2026

BRUCE KUSTKA

Invoice #: 787266

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045

# PHILLIPS & ASSOCIATES
*Attorneys at Law*
585 STEWART AVENUE, SUITE 410, GARDEN CITY, NEW YORK 11530
TEL: (212) 248-7431 FAX: (212) 901-2107

June 22, 2022

**VIA ECF**
Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: **Jane Doe v. Long Island Motors and David Delvecchio**
           **Docket No.: 21-cv-1232 (GRB)(ST)**

Your Honor:

    This office represents Plaintiff, Jane Doe, in the above-referenced matter. I write to inform the court enclosed herewith please find proof of service served on June 16, 2022. As per the Court's Order dated June 14, 2022, Defendants' objections to the Court's Report and Recommendations, if any, is due by June 30, 2022.

                                              Respectfully submitted,

                                                     /s/
                                               Joshua M. Friedman, Esq.