**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
JANE DOE,

                    Plaintiff,            **DEFAULT JUDGMENT**

      - against -                      CV 21-1232 (GRB) (ST)

LONG ISLAND MOTORS, INC., and
DAVID DELVECCHIO,

                    Defendants.
---------------------------------------------------------X

An Order for Default Judgment of the Honorable Gary R. Brown, United States District Judge, having been filed on December 15, 2021, granting Plaintiff's motion for a default judgment, and awarding plaintiff $18,402.14 in principal damages, $4,973.50 in attorneys' fees, and $585.52 for costs; and an Order Adopting Report and Recommendations of the Honorable Gary R. Brown, United States District Judge, having been filed on July 7, 2022, adopting the June 8, 2022 Report and Recommendation of United States Magistrate Judge Steven Tiscione, awarding Plaintiff $175,000 in emotional damages and $125,000 in punitive damages, and respectfully directing the Clerk of the Court to enter judgment and close this case, it is

**ORDERED AND ADJUDGED** that Plaintiff's motion for a default judgment against Defendants Long Island Motors, Inc., and David Delvecchio is granted; that Plaintiff Jane Doe is awarded a total default judgment in the amount of $323,961.16 against Defendants Long Island Motors, Inc., and David Delvecchio; and that this case is closed.

Dated: July 11, 2022
       Central Islip, New York

                                              BRENNA B. MAHONEY
                                              CLERK OF THE COURT
                              BY:   /S/ JAMES J. TORITTO
                                              DEPUTY CLERK