UNITED STATES DISTICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index Number: 2:21-CV-01232-GRB-ST

ATTORNEY(S) PHILLIPS & ASSOCIATES
45 BROADWAY STE 430 NEW YORK, NY 10006 | PH: (212) 248-7431

JANE DOE

vs

LONG ISLAND MOTORS, INC. AND DAVID DELVECCHIO

Plaintiff

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

BRUCE KUSTKA, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **7/15/2022**, at **10:18 AM** at **720 SUNRISE HWY, WEST BABYLON, NY 11704** Deponent served the within **ELECTRONIC ORDER**. On: **LONG ISLAND MOTORS, INC.**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with **SUSAN LESCIUS** said individual to be **Managing Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity. A description of SUSAN LESCIUS is as follows:

Sex: Female    Color of skin: White    Color of hair: Blonde    Age: 50
Height: 5ft4in-5ft8in    Weight: 100-130 Lbs.    Other :

Sworn to before me on July 15, 2022

Samuel Mlotok
Notary Public - State of New York
No. 01ML6317724
Qualified in Nassau County
My Commission Expires 4/16/23

Client's File No.:

Process Server, Please Sign
BRUCE KUSTKA
Lic#
Job #: 2220729

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771
UNITED PROCESS SERVICE