UNITED STATES DISTICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | Index Number: 2:21-CV-01232-GRB-ST

ATTORNEY(S) PHILLIPS & ASSOCIATES
45 BROADWAY STE 430 NEW YORK, NY 10006 | PH: (212) 248-7431

JANE DOE

Plaintiff

vs

LONG ISLAND MOTORS, INC. AND DAVID DELVECCHIO

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.: **AFFIDAVIT OF SERVICE**

BRUCE KUSTKA, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **7/15/2022**, at **10:22 AM** at **720 SUNRISE HWY, WEST BABYLON, NY 11704** Deponent served the within **ELECTRONIC ORDER**. On: **DAVID DELVECCHIO**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **SUSAN LESCIUS (Co-Worker), a person of suitable age and discretion.**

Said premises is subject's **actual place of business / employment** within the state. A description of **SUSAN LESCIUS** is as follows:
Sex: Female   Color of skin: White   Color of hair: Blonde   Age: 50
Height: 5ft4in-5ft8in   Weight: 100-130 Lbs.   Other :

On **July 15, 2022**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on July 15, 2022

Samuel Mlotok
Notary Public - State of New York
No. 01ML6317724
Qualified in Nassau County
My Commission Expires 4/16/23

Client's File No.:

Process Server, Please Sign
BRUCE KUSTKA
Lic#
Job #: 2220743

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*
*UNITED PROCESS SERVICE*