UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| JANE DOE, | |
|---|---|
| Plaintiff, | 21-cv-1232 (GRB) (ST) |
| v. | |
| LONG ISLAND MOTORS, INC., and DAVID DELVECCHIO, | |
| Defendants. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, as counsel for Defendant DAVID DELVECCHIO, appears in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notices and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

Alan Smikun, Esq.
**SMIKUN LAW, PLLC**
80-15 188th Street, Suite 202
Hollis, New York 11423
Email: Smikunlaw@gmail.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, not only the notice and papers referred to in the Federal Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, or otherwise which affects or seeks to affect in any way, any rights, claims or interest of Defendant.

SMIKUN LAW, PLLC

By: _/s/ Alan Smikun_
Alan Smikun, Esq.
*Counsel for Defendant*
*DAVID DELVECCHIO*
80-15 188th Street, Suite 202
Hollis, New York 11423
Email: Smikunlaw@gmail.com