# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
___

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

December 8, 2023

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Steven L. Tiscione, U.S.M.J.
100 Federal Plaza, Courtroom 910
Central Islip, NY 11722-9014

      *Re:*   **Doe v. Long Island Motors, Inc.,** *et ano.*
              **Case No.: 2:21-cv-1232 (GRB) (ST)**

Dear Judge Tiscione:

      This firm represents Defendant Long Island Motors, Inc. (the "Dealership") in the above-referenced case. The Dealership writes to respectfully withdraw its letter motion for reconsideration and submits the instant stipulation to lift restraints with a request that the same be "so Ordered" so that the Dealership may continue operating and pay its employees. The Dealership and its employees thank this Court for its time and attention to this case.

Dated:  Lake Success, New York
          December 8, 2023                 Respectfully submitted,

                                                 **MILMAN LABUDA LAW GROUP PLLC**
                                                 _____/s_____
                                                 Emanuel Kataev, Esq.
                                                 3000 Marcus Avenue, Suite 3W8
                                                 Lake Success, NY 11042-1073
                                                 (516) 328-8899 (telephone)
                                                 (516) 303-1395 (direct dial)
                                                 (516) 328-0082 (facsimile)
                                                 emanuel@mllaborlaw.com

                                                 *Attorneys for Defendant*
                                                 *Long Island Motors, Inc.*

**VIA ECF**
PHILIPS & ASSOCIATES
Joshua Friedman, Esq.
45 Broadway, Suite 430
New York, NY 10006
jfriedman@tpglaws.com

*Attorneys for Plaintiff*
*Jane Doe*

**VIA ECF**
CSM LEGAL, P.C.
Jesse Barton, Esq.
One Grand Central Place
60 East 42nd Street, Suite 4510
New York, NY 10165-0002
jbarton@csm-legal.com

*Attorney for Plaintiff*
*Jane Doe*

**VIA ECF**
SMIKUN LAW, PLLC
Alan Smikun, Esq.
80-15 188th Street, Suite 202
Queens, NY 11423
smikunlaw@gmail.com

*Attorneys for Defendant*
*David Delvecchio*