# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

February 6, 2024

**VIA ECF**
Hon. Steven L. Tiscione, U.S.M.J.
United States District Court Eastern District of New York
100 Federal Plaza, Courtroom 910
Central Islip, NY 11722-9014

      *Re:*    **Doe v. Long Island Motors, Inc.,** *et ano.*
              **Case No.: 2:21-cv-1232 (GRB) (ST)**

Dear Judge Tiscione:

      This firm represents Defendant Long Island Motors, Inc. in the above-referenced case. All parties jointly respectfully request that this Court adjourn the traverse hearing scheduled for March 8, 2024.  The reason for this request is that the parties have scheduled a mediation for March 13, 2024.  The parties request that the traverse hearing be rescheduled for a date after the mediation (in the event that the mediation is unsuccessful).

      Respectfully submitted,

      **MILMAN LABUDA LAW GROUP PLLC**

      /s/ Jamie S. Felsen