# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

March 18, 2024

**VIA ECF**
Hon. Steven L. Tiscione, U.S.M.J.
United States District Court Eastern District of New York
100 Federal Plaza, Courtroom 910
Central Islip, NY 11722-9014

     ***Re:***    **Doe v. Long Island Motors, Inc.,** *et ano.*
             **Case No.: 2:21-cv-1232 (GRB) (ST)_____**

Dear Judge Tiscione:

      This firm represents Defendant Long Island Motors, Inc. in the above-referenced case. The parties participated in a mediation last week at which time this matter was resolved.  The parties are in the process of memorializing the terms of the agreement into a more formal agreement and will file a stipulation of dismissal along with information regarding the funds that are being held by the Clerk of the Court within the next few weeks.

      Respectfully submitted,

      **MILMAN LABUDA LAW GROUP PLLC**

      /s/ Jamie S. Felsen