**FILED**
**CLERK**

9:26 am, Jun 11, 2024

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JANE DOE,

Case No.: 2:21-cv-1232 (GRB) (ST)

                      Plaintiff,

STIPULATION

      -against-

LONG ISLAND MOTORS, INC., and DAVID
DELVECCHIO,

                    Defendants.

------------------------------------------------------------------X

IT IS HEREBY STIPULATED that (i) this action has been discontinued and is hereby

dismissed with prejudice, without costs to any party against any other; (ii) the default judgment at

ECF Doc. No. 27 is hereby vacated; (iii) the stipulation executed by the Parties on January 22, 204

at ECF Doc. No. 46-1 is hereby vacated; and (iv) the Clerk of the Court shall return the

$337,169.11 deposit made by Baron Motors to the Clerk of the Court on January 26, 2024 (ECF

Doc. No. 48) to Long Island Motors, Inc.

Dated: New York, New York
     April _____, 2024   6/10/2024

**PHILIPS & ASSOCIATES**

Joshua Friedman, Esq.
45 Broadway, Suite 430
New York, New York 10006
T: (212) 248-7431 x 215
F: (212) 901-2107
E: jfriedman@tpglaws.com

*Attorneys for Plaintiff*
*Jane Doe*

Dated: Lake Success, New York
    April _____, 2024   5/7/2024

**MILMAN LABUDA LAW GROUP PLLC**

Jamie S. Felsen, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
jamie@mllaborlaw.com

*Attorneys for Defendant*
*Long Island Motors, Inc.*

Dated: Fresh Meadows, New York
    May 7, 2024

**SMIKUN LAW, PLLC**

Alan Smikun, Esq.
80-15 188th Street, Suite 202
Queens, New York 11423
Direct: 718-928-8820
Fax: 718-732-2868
smikunlaw@gmail.com

*Attorneys for Defendant*
*David Delvecchio*

**SO ORDERED:**     *Dated: 6/11/2024*

     /s/ *Gary R. Brown*

Gary R. Brown, U.S.D.J.

12